```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 08653
   MICHELLE R FREEMAN
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6944

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/10/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was dismissed after confirmation 11/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
DIRECTV                    UNSECURED      NOT FILED            .00           .00
CAPITAL ONE                UNSECURED        1333.47            .00           .00
CAPITAL ONE                UNSECURED        1294.44            .00           .00
CAPITAL ONE                UNSECURED        1162.83            .00           .00
CHASE BANK                 UNSECURED        1049.68            .00           .00
DELL FINANCIAL SERVICES    UNSECURED        2559.97            .00           .00
CITIFINANCIAL SERVICES     UNSECURED        1460.16            .00           .00
PORTFOLIO RECOVERY         UNSECURED        2707.37            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         317.39            .00           .00
NELNET LNS                 UNSECURED      NOT FILED            .00           .00
NICOR GAS                  UNSECURED        1033.08            .00           .00
WASHINGTON MUTUAL BANK     UNSECURED        5080.00            .00           .00
SALLIE MAE INC             UNSECURED       57962.81            .00           .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED            .00           .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED            .00           .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED            .00           .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED            .00           .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED            .00           .00
ISAC                       UNSECURED        1545.12            .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED      NOT FILED            .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED      NOT FILED            .00           .00
WASHINGTON MUTUAL BANK     UNSECURED      NOT FILED            .00           .00
CHASE HOME FINANCE LLC     CURRENT MORTG        .00            .00           .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE   31628.47            .00           .00
UNITED CREDIT UNION        SECURED NOT I   14120.00            .00           .00
CHASE HOME FINANCE LLC     MORTGAGE NOTI NOT FILED             .00           .00
UNITED CREDIT UNION        UNSECURED        5165.62            .00           .00
UNITED CREDIT UNION        NOTICE ONLY   NOT FILED             .00           .00
COMMONWEALTH EDISON        UNSECURED         377.14            .00           .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY     3,100.00                      1,656.00
TOM VAUGHN                 TRUSTEE                                         144.00
DEBTOR REFUND              REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08653 MICHELLE R FREEMAN
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    1,800.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                    1,656.00
TRUSTEE COMPENSATION                                144.00
DEBTOR REFUND                                          .00
                        ---------------      ---------------
TOTALS                     1,800.00              1,800.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 02/25/09                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE